Case 2:16-cv-00816-LSC   Document 1   Filed 05/17/16   Page 1 of 8

CV-16-CO-0816-S

FILED
2016 May-18 AM 09:00
U.S. DISTRICT COURT
N.D. OF ALABAMA

eral Complaint Form for Pro Se Litigants

FILED
2016 MAY 17 P 1:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

Matthew Alexander Tehranchi

(Enter above the full names(s) of the plaintiff(s) in this action.)

vs.

Apple

Microsoft

CNN

FOX

(Enter above the full name(s) of the defendant(s) in this action.)

At all times hereinafter mentioned, plaintiff was and still is a resident of _____ Shelby County, Alabama. Plaintiff resides at 4119 Ashington Drive Birmingham, AL 35242.

2. Defendant Apple is a corporation incorporated under the laws of _____ and has a main office at 1 Infinite loop Cupertino, CA 95014 and is licensed to do business in _____. Defendant's official business address is 1 Infinite loop Cupertino, CA 95014

           

 

:fendant _____

a United States government agency.

R

efendant _____

a state agency.

R

lefendant _____ is a resident of

_____. Defendant resides at _____

_____

3.     The jurisdiction of this court is invoked pursuant to _____

_____. (List statutes.)

4.     Statement of Claim

State here, as briefly as possible the FACTS of your case. Describe how each defendant is involved. Include, also the names of other persons involved, dates and places. Do not give any legal arguments. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Apple.- Recently the defendant was on the news blocking the FBI's attempts to pursue ISIL terrorism. I submitted the tip that led investigators to the San Bernadino shooting scene. The tip I left was about a terrorist attack and assassination attempt at the Christmas Tree Lighting Ceremony on 12-3-15 specifically, which was foiled and the remaining couple lashed out to find the "tip giver" at his work.

My relationship with Apple started after I was forced to contact the FBI about stolen Trade Secrets that I became involved in during a "Economic Espionage" investigation. I have contacted thier Legal team many times since 2012 to tell them of a related incident involving a FBI Agent who died hours before the day I contacted the FBI. I ssued a warning I sent using screnshot on 4-27-13 + earlier in 2012, I recall warning them of danger involving Steve Jobs.

Relief

State briefly exactly what you want the court to do for you. Do not make legal arguments.

What the court deems proper.

Date: 5-17-2016

Signature of Plaintiff

Telephone Number: 205 980 0767

Name (Please Print): Matthew Alexander Tohranchi

FAX Number (If Available):

Street Address: 4119 Ashington Drive

City, State: Birmingham, AL    Zip Code: 35242

3

<u>Microsoft</u> - 1 Microsoft Way Redmond, WA 98052

Multiple attempts to contact legal team to warn about economic espionage crimes involving me & the corporation. I soon acquired a "screenshot" of "Fionn", an Irish supercomputer that was pursued by the Department of Justice. Microsoft developed the same response to Law Enforcement investigating the Irish Datacenter. I found it <u>hidden</u> inside my computer and found the unique harddrive name and size, 562 JB, I did this on 12/13/12 then sent the info to the FBI labled as a "hacker" or "intruder". I sent Microsoft many documents and the writing also had a warning about THE FBI Agent that died on the day I contacted the FBI about seeing their trade secret before it was public.

there were articles about the "Fight" against the FBI and attempts to gain support from people to "block the FBI or DOJ". It was just like the recent Apple-San Bernadino-FBI court cases that was very supportive of the terrorist group they belonged to, ISIL.

CNN - 1 _____ Atlanta, GA 30348

Around the time of the start of 2013, I contacted everyone I could to make sure they got to the ~~crime~~ related crime. I wanted people to know that such a thing had not been stopped and may have killed Steve Jobs. I would describe it, then talk about the FBI Agent that died hours before I contacted the FBI, which I have alot of proof of and also experienced "Phone hacking" related to it that involved the FBI phone system multiple times on recordings. I also have recordings of ELF audio.

Then, I made a tip about aircraft being remotely hijacked and they did not give a warning like I expected. An airplane (A-300 cargo) crashed within 20 miles of my home after multiple tips to stop any terrorism, were not used during that time. I also warned about peoples hearts being attacked and it was before a pilot had a heart attack in air.

I have learned mostly everything about airliners to the crashes that have happened in the last decade. I was able to point out a possible problem by contacting the National Air Traffic Controller Association who immediately found the problem, 2 years after contacting this news company to warn of the problem, which was fixed with pencil & paper. The incident was in the news the next day and the people I contacted made sure aircraft collisions were warned about elsewhere.

On 4-27-13, I also told this news company and all the other major brands about the possible assassination of Hugo Chavez.

On 9-16-13, The news company finally reported the danger of most of my tips, but in a very negative, careless way. They ran articles about the Navy gunman being "DELUSIONAL" and that was supposedly said by a FBI representative.

This company also supported the "Anti-Law" ~~mentality~~ against the FBI, when they pursued the San Bernadino ISIL Terrorists.

(on Back)

Fox  1211 Avenue of Americas  NY, New York  10036

<u>My Credibility</u> – It is hard to believe but I am the one who proved that the "ELF" & other types of things mentioned were apart of a "Financial Terrorism" type organization. The Dept. of Treasury used my idea and took the idea from a letter I sent them. Everyone called it "Squeeze on ISIL Finances", even The President of United States.

I have made the news multiple times Over the course of 4 years.

I contacted the U.N. and the Security Council, which was the reason they ordered cease-fire in Syria about a day after I sent them my usual quarterly email that ~~ISIS~~ was responsible for the National Emergency in the United States.

I have proof of all these emails, screenshots and also I have a book that I gave to multiple committees in the House and Senate that United the two in order to pass the Trillion Dollar spending bill. All of my information, proofs, etc. is documented with the FBI & CIA Mostly. I also have given this material to Strategic Command and contact them daily.

Fox  1211 Avenue of Americas  NY, New York 10036

Also supported the "Anti-law" defense created by the defendants.
I contacted many different news agencies to try and get public awareness during the time Flight 214 crashed in San Francisco. ~~~~~~~ I told this and many news agencies about ~~~~~~~ the possibility of organs being harmed or people who were targeted for prior sickness. This could have saved many Important people who had a Mitchondreal Infraction (heart attack). ~~ I have proof of it that shows I did not lie and have sent Video to the FBI.

They also supported the reckless labeling of victims as "Delusional" and ~~~~~~~ The President of the US by not giving warning of car

)TE:  Pro se litigants must keep the Clerk of the Court informed of their correct address and ephone number during the entire lawsuit. Failure to do so is grounds for dismissal of the case.

**OPTIONAL REQUEST FOR SERVICE OF PROCESS BY CLERK**

aintiffs who have paid the filing fee may request the Clerk of Court to perfect service of process certified mail by indicating below. Plaintiffs must provide service copies of the complaint, epared summonses and pre-paid envelopes made returnable to the Clerk of Court.

OTE: Certified mail service by the Clerk of Court on federal defendants is NOT AN OPTION r plaintiffs who pay the filing fee.

_____
Signature of Plaintiff

Dated: **5-17-2016**